## Academic Titles

Per [UNT Policy, 06.002, Academic Appointments and Titles](#), academic appointments are maintained by the Office of Academic Resources. Permission to create a new title outside this list must be obtained prior to appointment offers. Newly proposed titles must be in compliance with applicable Regents Rules and other university policies.

**Types of Academic Titles:**

**Adjunct.** An adjunct is a non-tenured faculty member employed for instructional purposes only and for a fixed term, usually on a semester-by-semester basis.

**Adjunct Faculty Assistant.** An adjunct faculty assistant is a non-tenured faculty assistant that provides general assistance to the instructional process, such as grading, tutoring, and course preparation under the supervision of the instructor of record for a fixed term, usually on a semester-by-semester basis.

**Artist-in-Residence.** An artist-in-residence is a non-tenured faculty member appointed for a fixed-term basis based on their noteworthy artistic experience and credentials.

**Assistant Librarian.** An assistant librarian is a non-tenure track faculty member holding a terminal degree in a library-related discipline, or having equivalent applied experience, appointed to perform the responsibilities of librarianship, scholarship, and service.

**Assistant Professor**. An assistant professor is a tenure-track faculty member holding a terminal degree in a specific discipline or having equivalent applied experience, appointed to perform the responsibilities of teaching, scholarship, and service.

**Assistant Professor of Practice, Associate Professor of Practice, and Professor of Practice.** Assistant professor of practice, associate professor of practice, and professor of practice are non-tenured faculty members who have particular expertise in given areas based on experience and education rather than academic credentials. Duties may include teaching, research, service, or a combination; and appointments may be renewed at the sole discretion of the provost. Faculty members in the professor of practice track meet promotion criteria outlined in [UNT Policy 06.005, Non-Tenure Track Faculty Reappointment and Promotion](#).

**Assistant Research Professor.** An assistant research professor is a non-tenure track faculty member with few or no teaching responsibilities, who is funded by external grants, and meets the promotion criteria outlined in [UNT Policy 06.005, Non-Tenure Track Faculty Reappointment and Promotion](#).

**Associate Librarian.** An associate librarian is a non-tenure track faculty member who meets promotion criteria outlined in [UNT Policy 06.006, Librarian Faculty Reappointment and Promotion](#).

**Associate Professor.** An associate professor is a tenured or tenure-track faculty member who meets the promotion criteria outlined in [UNT Policy 06.004, Faculty Reappointment, Tenure, and Promotion](#).

**Associated Professor or Affiliated Professor.** Associated professor or affiliated professor are courtesy titles that may be assigned to a tenure-track faculty member with an affiliation to a department other than the department to which the tenure-track faculty member holds an appointment. A department that wishes to offer such a title must have written criteria for assignment of the title and a defined period of time for the association or affiliation, generally no less than three (3) years. The assignment of

associated or affiliated professor is not an appointment and does not grant the faculty member any rights or privileges in addition to those set out in the faculty member's appointment or university policy.

**Associate Research Professor.** An associate research professor is a non-tenure track faculty member with few or no teaching responsibilities, who is funded by external grants, and meets the promotion criteria outlined in [UNT Policy 06.005, Non-Tenure Track Faculty Reappointment and Promotion](#).

**Clinical Assistant Professor.** A clinical assistant professor is a non-tenure track faculty member who has expertise or specialization in a specific profession and whose primary responsibilities are performed in a clinical, professional, or practicum setting.

**Clinical Associate Professor.** A clinical associate professor is a non-tenure track faculty member who meets promotion criteria outlined in [UNT Policy 06.005, Non-Tenure Track Faculty Reappointment and Promotion](#).

**Clinical Professor.** A clinical professor is a non-tenure track faculty member who meets the promotion criteria outlined in [UNT Policy 06.005, Non-Tenure Track Faculty Reappointment and Promotion](#).

**Courtesy Faculty or Courtesy Researcher.** A courtesy faculty or courtesy researcher is a faculty member who is affiliated with the university, but who receives no salary, benefits, or other compensation from internal university resources. A courtesy faculty or courtesy researcher can be internal to the university (cross-departmental affiliation) or from another institution that participates in a joint program and receives a zero percent appointment for university resource access purposes.

**ESL Instructor.** An ESL instructor is a non-tenure track faculty member that provides academic English as a second language instruction.

**Executive-in-Residence.** An executive-in-residence is a non-tenured faculty member appointed for a fixed term based on noteworthy experience/credentials.

**Faculty Director.** A faculty director serves as a college/school-level administrator. An individual serving in this title will also have a designated faculty rank (tenured, tenure-track, or non-tenured) following the criteria outlined in [UNT Policy 06.004, Faculty Reappointment, Tenure, and Promotion](#); or [UNT Policy 06.005, Non-Tenure Track Faculty Reappointment and Promotion](#).

**Faculty Program Project Coordinator- Summer.** A faculty program project coordinator is a faculty member in a temporary summer appointment. Such appointments are used to compensate faculty for directing or coordinating programs and projects during the summer (June – August).

**Instructor.** An instructor is a non-tenure track faculty member who has not completed the terminal degree at the time of hire. Upon completion of the degree, the appointment may be changed to a tenure-track appointment. Instructors are expected to make significant contributions in the areas of teaching, scholarship, and service.

**Lecturer.** A lecturer is a non-tenure track faculty member who meets the performance expectations related to the workload outlined in [UNT Policy 06.005, Non-Tenure Track Faculty Reappointment and Promotion](#).

**Librarian.** A librarian is a non-tenure track faculty member who meets the librarian promotion criteria outlined in UNT Policy 06.006, Librarian Faculty Reappointment and Promotion.

**Modified Service Retiree.** A modified service retiree is a retired UNT faculty member that returns to the UNT in a non-tenured capacity and follows the guidelines established in policy 05.032, Faculty Retirement with Modified Service.

**Principal Lecturer.** A principal lecturer is a non-tenure track faculty member who meets the promotion criteria outlined in UNT Policy 06.005, Non-Tenure Track Faculty Reappointment and Promotion.

**Professor.** A professor is a tenured or tenure-track faculty member who meets the promotion criteria outlined in UNT Policy 06.004, Faculty Reappointment, Tenure, and Promotion.

**Research Professor.** A research professor is a non-tenure track faculty member with few or no teaching responsibilities, who is funded by external grants, and meets the promotion criteria outlined in UNT Policy 06.005, Non-Tenure Track Faculty Reappointment and Promotion.

**Scholar-in-Residence.** A scholar-in-residence is a non-tenured faculty member with a fixed-term based appointment based on noteworthy experience and credentials.

**Senior Lecturer.** A senior lecturer is a non-tenure track faculty member who meets the promotion criteria outlined in UNT Policy 06.005, Non-Tenure Track Faculty Reappointment and Promotion.

**Supplemental Instructor.**  A supplemental Instructor is a non-tenured faculty member on a fixed-term appointment to carry out instructional duties in a non-credit course.

**Visiting Assistant Professor, Visiting Associate Professor, Visiting Professor, Visiting Clinical Professor, and Visiting Lecturer.**  Visiting faculty are non-tenured faculty members with fixed term appointments to carry out instructional or research responsibilities within a unit.  Professional credentials are required for appointment as a visiting faculty member. Visiting faculty members may be associated with another university or agency where they hold similar rank. Visiting faculty may be reappointed after 2 years with provost approval.