

## UNT
### EST. 1890
### DEPARTMENT OF MATHEMATICS
### College of Science

July 18, 2019

Nathaniel Hiers
1424 North Locust Street
Denton, TX 76201

Dear Dr. Hiers:

It is my pleasure to offer you an appointment as an Adjunct Faculty in the Department of Mathematics at the University of North Texas. This letter confirms Dr. Charles Conley recommends that you be appointed as an adjunct faculty at a salary of $10,800 for the Fall 2019 semester for teaching the following course(s).

- Math 2700.003 (25% FTE)   Linear Algebra   MWF  1:00pm-1:50pm
- Math 2700.006 (25% FTE)   Linear Algebra   MWF  9:00am-9:50am
- Math 2700.008 (25% FTE)   Linear Algebra   MW   5:30pm-6:50pm

All course assignments are subject to and contingent upon sufficient student enrollment, redistribution of faculty course assignments and fiscal resources. Your appointment for this semester does not guarantee an appointment in future semesters, but does make you eligible for consideration.

All new adjuncts are expected to complete New Adjunct Orientation online. If applicable, the orientation information will be provided with your onboarding email after the processing of your criminal history background check. This orientation must be completed within your first 30 days of employment. You may also be required to attend your college/school or departmental faculty orientations and/or faculty meetings, if applicable. Your class duties will commence on August 26, 2019.

- **Mandatory Photo Head Shot – Friday, August 23rd - 10:00am – (Sage 120A) for our department photo boards**

**All new employees must send an official transcript and current CV to 1155 Union Circle, #311430 Denton, TX 76203-5017 to the attention of Jana Watkins, the Assistant to the Chair.**

This appointment is contingent upon your receipt of proper authorizations to work in the United States as documented on the Form I-9. You will not be permitted to work at UNT without proper authorization and you will be responsible for providing the institution with verification that such authorization has been obtained on or before August 19, 2019. Should you become ineligible or unavailable to continue your faculty appointment at any time because

Revised 10/15/2018

UNIVERSITY OF NORTH TEXAS
1155 Union Circle #311430   Denton, Texas 76203-5017
940.565.2155   940.565.4805 fax   www.math.unt.edu

Compl. Ex. 4, Page 1 of 7

of your immigration status, your employment may be terminated immediately in accordance with federal and state law and university policy.

Employment at UNT is contingent upon a satisfactory criminal history check. Our records indicate the following:

- ☐ The university has either conducted a criminal history check for you and the results of that check were satisfactory or you have had continuous employment without a break in service; therefore, a criminal history check is not needed for this employment period.
- ☐ You do not have a criminal history check on file and will need to complete one. If the results of the criminal history check indicate that you would be unable to successfully fulfill your responsibilities, you will be notified and this offer will become null and void. By accepting this offer via your signature below, you are authorizing UNT to conduct this criminal history check.

I wish to call your attention to the enclosed Adjunct Offer Letter Addendum. It is included to make you aware of selected university policies, procedures, and expectations that relate to new faculty. This information should help acclimate you to the UNT community. Please understand that the information in the addendum is also subject to being revised or updated by the university in the future. Please note that the provisions appropriate for you will govern your appointment and future revisions or updates may apply to you as well. If you have any questions, I urge you to contact your chair, Dr. Charles Conley at (940) 565-2155, or the departmental administrative assistant, Ms. Jana Watkins, at (940) 565-4047, or anyone in the dean's office, at (940) 369-8072.

This letter and the attached addendum will serve as assurance of this institution's commitment to your appointment in accordance with the described terms. No previous written or oral commitment will be binding on the University except as specified in this letter and attached Adjunct Offer Letter Addendum.

Please respond to this offer by signing in the space provided and returning it by August 1, 2019 to:

> Office of the Provost and Vice President for Academic Affairs
> 1155 Union Circle #311190
> Denton, TX  76203

I look forward to working with you in the coming year.

Sincerely,

*E Conley*

Dr. Charles Conley
Department Chair


Revised 10/15/2018

Enclosures

I accept the offer as described in this letter and as governed by the appropriate provisions of the Adjunct Offer Letter Addendum.

Signature _Nathaniel Hiers_____ Date _7/29/2019_____

Name (printed) _Nathaniel Hiers_____

Revised 10/15/2018

# Faculty Education Update

VPAA-
Rev 9/16

Instructions: All faculty of record should complete this form to insure compliance with the Southern Association of Colleges and Schools accreditation. All full-time faculty should provide an original transcript to the Office of the Provost & VPAA with the highest degree noted. All other faculty (TF/Adjuncts) are required to submit an original and current transcript(s) to the department.

Name: __Nathaniel Hiers__   EmplID: __10977695__

Department: __Mathematics__

| # | Degree | Graduated? | Date Acquired | Institution | Major | Terminal Deg. |
|---|--------|------------|---------------|-------------|-------|---------------|
| 1. | BA | ☑ Yes ☐ No | 2010 | Valdosta State University | Mathematics | ☐ Yes ☑ No |
| 2. | BS | ☑ Yes ☐ No | 2010 | Valdosta State University | Computer Science | ☐ Yes ☑ No |
| 3. | MS | ☑ Yes ☐ No | 2013 | Baylor University | Mathematics | ☐ Yes ☑ No |
| 4. | PhD | ☑ Yes ☐ No | 2019 | University of North Texas | Mathematics | ☑ Yes ☐ No |
| 5. |  | ☐ Yes ☐ No |  |  |  | ☐ Yes ☐ No |

Comments: _____

I certify this information is accurate to the best of my knowledge.

Signature: __Nathaniel Hiers__   Date: __7/29/2019__

## Adjunct Offer Letter Addendum

The UNT Policy Manual contains the official policies and procedures of the University of North Texas. All adjunct faculty members should acquaint themselves with the Policy Manual which can be found on the web at http://www.unt.edu/policy/. Adjunct faculty should be aware that colleges, schools and departments may have additional policies and procedures unique to the unit that they need to familiarize themselves with as well.

**Adjunct Faculty are Required to Complete or Attend the Following:**

- New adjunct faculty and those rehired, with more than a one-semester break in service (excluding summers), are required to complete on-line new adjunct orientation. During these sessions various modules will provide information about UNT. Adjunct faculty members can choose to learn about benefits and will be given direction to enroll in various benefit plans, if applicable.
- College/school or departmental faculty orientations and/or required faculty meetings.

**Adjunct Faculty may be Requested to Attend the Following:**

- Faculty/Staff Convocation at the beginning of the fall semester.
- Graduation ceremonies at the end of each semester.

### Transcripts

Prior to the first day of the adjunct's faculty member's duties at UNT, there must be on file in the departmental office, official transcripts of the highest degree completed. If a terminal degree is completed after the adjunct faculty member begins his/her teaching duties at UNT, a new official transcript indicating the awarding of the degree must be filed immediately in the departmental office.

### Faculty Criminal History Checks

To be employed as an adjunct faculty member at the University of North Texas, the adjunct faculty member must receive clearance of a satisfactory criminal history check. Providing the authorization to conduct the criminal history check is a term of employment. Criminal history checks must be completed for all first time hires and for those rehired with more than a two-year break in service.

### Onboarding

Onboarding is UNT's required process for new employees to submit their information via a secure, self-service portal. During this process new adjuncts will need to provide information regarding, employment eligibility that establishes identity and employment eligibility (I-9); biographical data; withholding allowance (W-4); selective service; and direct deposit.

### Foreign Nationals

New adjunct faculty who are foreign nationals (non-resident aliens and U.S. permanent residents) must complete the Foreign National Information Form (FNI) and present it with required documentation to the Payroll Office before any payment can be made. The FNI Form may be found on the BSC website:
http://bsc.untsystem.edu/sites/default/files/Foreign_National_Form.pdf

Position offers made to foreign nationals are contingent upon the person having all appropriate visas and other documentation required for legal employment in time for assuming the position's duties. If a temporary employment-based visa is required, the employee needs to contact the UNT International Office immediately. As a non-U.S. citizen, continued employment at UNT is contingent upon maintenance of appropriate work authorization throughout the employment. If an extension or change of status petition related to the work authorization is denied or delayed, employment will be terminated effective with the expiration date of the current work authorization documents.

Payroll

The pay period for the fall semester is September 1 – January 15 and for the spring semester it is January 16 – May 31 regardless of when classes begin and end. Faculty members are paid on the first working day of the month for the previous month's work. If a state holiday falls on that day, payday shall be the following day. For adjunct faculty beginning in the fall, the first payday is the first working day in October. Checks are available in the departmental offices or may be distributed by electronic funds transfer (direct deposit) to the employee's checking or savings account at any bank in the United States. To arrange for the latter, the faculty member must have completed UNT's onboarding process.

Dual and Outside Employment

Adjunct Faculty proposing to engage in dual employment within the university or with an outside employer (including other UNT System agencies) must submit an Outside Employment or Service and Dual Employment request to their respective chair/supervisor for approval prior to engaging in the proposed activity. This form is required for all forms of additional employment, but is particularly critical when an employee works at more than one Texas state agency to ensure adherence to regulations governing leave and benefits. Original signed requests forms should be forwarded to the Academic Resources Department (Hurley Administration Building, Room 370) via campus mail, and all supervisors should retain a copy of the request for departmental records. Once received in Academic Resources, a copy of the form will be sent to Human Resources. For additional information, please refer to the UNT Policy 05.008 (Dual Employment and Other Activities)

Insurance and Retirement Benefits

All new regular faculty members who are employed at .5 FTE or greater are eligible for health insurance. Once enrolled, coverage will begin on the first of the month following a 60-day waiting period from their date of hire. There is no waiting period if the new faculty member is a direct transfer from another Texas state institution covered by the Group Benefits Program administered by the Employees Retirement System. The effective date of the retirement programs (Teachers Retirement Program or the Optional Retirement Program) is the first date of employment. Please see the UNT Faculty & Staff Benefits Guide at: https://www.untsystem.edu/sites/default/files/forms/human-resources/unt-faculty-staff-benefits-guide-april2017.pdf for additional information, or you can contact HR Benefits for more information on these programs.

Teaching Loads and Schedules

Faculty members should discuss teaching loads and schedules as early as possible with their departmental chairs. Some colleges and schools at UNT offer courses during the day and evening hours both on- and off-campus. Thus, faculty may be asked to teach at various times and locations within the DFW area.

Textbooks and Departmental Assistance

Faculty members should be familiar with departmental procedures for classroom support, including administrative assistant support, use of teaching assistants, textbook ordering, etc. Ordering textbooks or supplementary texts for classes may be time consuming and should be initiated as soon as the hiring process is concluded and the new faculty

member is aware of his/her teaching assignment(s).

### Contact Information

UNT International: Sycamore Hall 206, 940-565-2197, http://international.unt.edu
HR (Payroll): 1112 Dallas Dr. Ste 4000, 940-369-5500, https://www.untsystem.edu/hr-it-business-services/payroll
HR (Benefits): 3500 Camp Bowie Blvd. Ft. Worth, 76107, 855-878-7650, http://hr.untsystem.edu
Provost and Vice President for Academic Affairs: Hurley Administration Ste. 370, 940-565-2550, http://www.vpaa.unt.edu/