From: Cherry, William <William.Cherry@unt.edu>
Sent: Monday, July 22, 2019 7:50 PM
To: Hiers, Nathaniel
Cc: Cherry, William
Subject: Re: 4th section in fall?

Ok. I will add an 1190 secton, most likely the one I mentioned. The initial paperwork from Jana will only have the three linear algebra sections, but will ammend the offer later.

> From: "Hiers, Nathaniel" <NathanielHiers@my.unt.edu>
> To: "Cherry, William" <William.Cherry@unt.edu>
> Subject: Re: 4th section in fall?
> Date: Mon, 22 Jul 2019 18:21:09 -0500
>
>
> I'm definitely up for teaching a 4th.
>
> -Nathaniel
> ---------------------------------------------
> From: Cherry, William <William.Cherry@unt.edu>
> Sent: Sunday, July 21, 2019 8:10:52 PM
> To: Hiers, Nathaniel <NathanielHiers@my.unt.edu>
> Cc: Cherry, William <William.Cherry@unt.edu>
> Subject: 4th section in fall?
>
> Nathaniel,
>
> Would you be interested in a fourth class section for fall? If so, I might like to add Math 1190 MWF 11 to your schedule if that's OK with you.
>
>        Sincerely,
>        William Cherry
>        Associate Professor of Mathematics
>        Associate Mathematics Department Chair for Course Scheduling
>
> Office: GAB 405
> Phone: (940) 565-4303
> Fax: (940) 565-4805
> Web: http://wcherry.math.unt.edu/
>