**From:**          "Hiers, Nathaniel" <Nathaniel.Hiers@unt.edu>
**Sent:**          Tue, 19 Nov 2019 18:02:52 +0000
**To:**            "Cherry, William" <William.Cherry@unt.edu>
**Subject:**       Re: spring teaching


Alright, I'll happily teach linear again.

--Nathaniel
**From:** Cherry, William <William.Cherry@unt.edu>
**Sent:** Monday, November 18, 2019 10:05:16 AM
**To:** Hiers, Nathaniel <Nathaniel.Hiers@unt.edu>
**Cc:** Cherry, William <William.Cherry@unt.edu>
**Subject:** Re: spring teaching

Correction: Make that MWF 9 and MWF Noon.

> From: "Cherry, William" <William.Cherry@unt.edu>
> To: "Hiers, Nathaniel" <Nathaniel.Hiers@unt.edu>
> CC: "Cherry, William" <William.Cherry@unt.edu>
> Subject: spring teaching
> Date: Mon, 18 Nov 2019 09:50:38 -0600
>
> Dear Nathaniel,
>
> I would like you to take Math 2700 sections 6 and 9 in the spring.
>
>      Sincerely,
>      William Cherry
>      Associate Professor of Mathematics
>      Associate Mathematics Department Chair for Course Scheduling
>
> Office: GAB 405
> Phone: (940) 565-4303
> Fax: (940) 565-4805
> Web: http://wcherry.math.unt.edu