From: Hiers, Nathaniel <Nathaniel.Hiers@unt.edu>
Sent: Tuesday, November 26, 2019 1:24 PM
To: Cherry, William <William.Cherry@unt.edu>
Subject: Re: Spring Math 1780 in McKinney, W 6-9 p.m.

I'll happily teach a third class.

--Nathaniel

_____

From: Math-Adjuncts <math-adjuncts-bounces@mail.cas.unt.edu> on behalf of William Cherry <wcherry@unt.edu>
Sent: Tuesday, November 26, 2019 1:23 PM
To: Math-Adjuncts@mail.cas.unt.edu <Math-Adjuncts@mail.cas.unt.edu>
Subject: [Math-Adjuncts] Spring Math 1780 in McKinney, W 6-9 p.m.

Dear Adjuncts,

None of you initially expressed any interest in the Math 1780 class Wednesday nights in McKinney for the spring (section 070). I am still looking for someone for that section, so do let me know if you are interested. The class meets at the Collin Higher Education Center:

   https://chec.unt.edu/


   Sincerely,
   William Cherry
   Associate Professor of Mathematics
   Associate Mathematics Department Chair for Course Scheduling

Office: GAB 405
Phone: (940) 565-4303
Fax: (940) 565-4805
Web: http://wcherry.math.unt.edu/
_____

Math-Adjuncts mailing list
Math-Adjuncts@mail.cas.unt.edu
https://mail.cas.unt.edu/mailman/listinfo/math-adjuncts