Please don't leave garbage lying around.

↓