**From:** "Math-Adjuncts" <math-adjuncts-bounces@mail.cas.unt.edu> on behalf of "Watkins, Jana" <Jana.Watkins@unt.edu>
**Sent:** Tue, 26 Nov 2019 11:50:24 -0600
**To:** "'math-adjuncts@mail.cas.unt.edu'" <math-adjuncts@mail.cas.unt.edu>
**Subject:** [Math-Adjuncts] Spring 2020 Offer Letters
**Attachments:** ATT00001.txt

Good morning,

Your spring offer letters are ready for your signature.  Please stop by my office as soon as you can to sign the offer letter.

Thank you,

*Jana S. Watkins*

Jana S. Watkins
Office Manager
Assistant to the Chair
University of North Texas
Department of Mathematics
(940) 565.4047

_____

Math-Adjuncts mailing list
Math-Adjuncts@mail.cas.unt.edu
https://mail.cas.unt.edu/mailman/listinfo/math-adjuncts