

 Schmidt, Ralf ⌄

I'll be by in a few minutes. I don't see anything "cowardly" about commenting on silly political fliers left lying in the lounge. If it's fine for someone to leave stacks of them around the lounge, criticizing them should be fine too.

--Nathaniel

...

 Math-Adjuncts <math-adjuncts-bounces@mail.cas.unt.edu
>
on behalf of Schmidt, Ralf
Tue 11/26/2019 3:34 PM
math-announce@mail.cas.unt.edu ⌄

   → 

 

 ATT00001.txt
466 bytes

 ATT00002.txt
466 bytes

4 attachments (457 KB)    Download all    Save all to OneDrive - UNT System

Would the person who did this please stop being a coward and see me in the chair's office immediately. Thank you.

Ralf