From: Schmidt, Ralf <Ralf.Schmidt@unt.edu>
Sent: Tuesday, December 3, 2019 4:53 PM
To: Hiers, Nathaniel
Subject: Re: spring employment offer not approved

Dear Nathaniel,

My decision not to continue your employment in the spring semester was based on your actions in the grad lounge on 11/26, and your subsequent response.

In our conversation you characterized the flyers that upset you as political statements. I looked at them in detail, and they are anything but. Every example of a microaggression listed there makes very much sense, and I am disappointed about your general dismissal of these issues and that you failed to put yourself in the shoes of people who are affected by such comments.

I also think that leaving behind a chalkboard message like you did is not a benign thing to do. Think about how people who see this might react. They don't know who wrote this; it might be a faculty member, grad student or anyone else. The implicit message is, "Don't you dare bringing up nonsense like microaggressions, or else." This is upsetting, and can even be perceived as threatening.

Finally, I was disappointed at your response during our conversation. Everyone makes mistakes, and I'm all for forgiveness if actions are followed by honest regret. But you very much defended your actions, and stated clearly that you are not interested in any kind of diversity training.

In my opinion, your actions and response are not compatible with the values of this department. So with regret I see no other choice than to not renew your employment. Please know it gives me no pleasure; in fact, we were counting on you, and it causes considerable difficulties to replace you as a teacher.

Sincerely,
Ralf Schmidt

_____

From: Hiers, Nathaniel <Nathaniel.Hiers@unt.edu>
Sent: Tuesday, December 3, 2019 3:32 PM

To: Schmidt, Ralf
Subject: Fw: spring employment offer not approved

While I'm already quite certain of the reason, I would like to have it explicitly stated in an email.

--Nathaniel

_____

From: Cherry, William <William.Cherry@unt.edu>
Sent: Monday, December 2, 2019 2:51 PM
To: Hiers, Nathaniel
Cc: Cherry, William; Schmidt, Ralf; Watkins, Jana
Subject: spring employment offer not approved

Dear Nathaniel,

Although I scheduled you to teach two sections of linear algebra in the spring, Profssor Schmidt informed me that your employment with us will not continue in the spring term. Therefore, you should not expect to be employed here next semester. If you have questions about this, you should make an appointment to see Professor Schmidt.

Your employment here does continue for the remainder of the fall term, and we do expect you to responsibly complete your current job assignment.

    Sincerely,
    William Cherry
    Associate Professor of Mathematics
    Associate Mathematics Department Chair for Course Scheduling

Office: GAB 405
Phone: (940) 565-4303
Fax: (940) 565-4805
Web: http://wcherry.math.unt.edu/


> From: "Cherry, William" <William.Cherry@unt.edu>
> To: "Hiers, Nathaniel" <Nathaniel.Hiers@unt.edu>
> CC: "Cherry, William" <William.Cherry@unt.edu>
> Subject: spring teaching
> Date: Mon, 18 Nov 2019 09:50:38 -0600
>

> Dear Nathaniel,
>
> I would like you to take Math 2700 sections 6 and 9 in the spring.
>
>     Sincerely,
>     William Cherry
>     Associate Professor of Mathematics
>     Associate Mathematics Department Chair for Course Scheduling
>
> Office: GAB 405
> Phone: (940) 565-4303
> Fax: (940) 565-4805
> Web: http://wcherry.math.unt.edu/