IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NATHANIEL HIERS | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | No. 4:20-cv-00321-SDJ |
| THE BOARD OF REGENTS OF THE UNIVERSITY OF NORTH TEXAS SYSTEM, *et al.*, | § § § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Defendants respectfully requests leave of Court to file a Motion to Dismiss Plaintiff's Complaint in excess of the page limits. Defendants believe that the excess pages are necessary to adequately present their arguments on behalf of 15 individuals in response to Plaintiff's nine asserted claims. Defendants' Motion to Dismiss will likely be approximately 40 pages, exclusive of caption, signature, and certificate of service. Plaintiff's counsel has indicated that they are unopposed to the relief requested by this motion to exceed.

Thus, Defendants' respectfully requests the Court grant this motion and allow them to file their Motion to Dismiss Plaintiff's Complaint in excess of the page limits set forth in the Local Rules.

Date:  July 27, 2020                         Respectfully submitted.

                                                            KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

/s/ *Todd Dickerson*
TODD A. DICKERSON
Assistant Attorney General
Texas Bar No. 24118368
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Todd.Dickerson@oag.texas.gov
*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Plaintiff's counsel via email on July 27th, 2020 on the matter in this motion. Plaintiff's counsel stated that Plaintiff is unopposed to the relief sought by this motion.

/s/ *Todd Dickerson*
TODD A. DICKERSON
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by ECF, on this the 27th day of July, 2020, to all counsel of record:

/s/ *Todd Dickerson*
TODD A. DICKERSON
Assistant Attorney General