UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NATHANIEL HIERS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-321-SDJ |
| | § | |
| THE BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF NORTH TEXAS | § | |
| SYSTEM, ET AL. | § | |

## ORDER GRANTING DEFENDANTS'
## UNOPPOSED MOTION TO EXCEED PAGE LIMIT

On this day the Court considered Defendants' Unopposed Motion to Exceed

Page Limit. (Dkt. #37). The Court **GRANTS** the motion and authorizes Defendants

to file their Motion to Dismiss Plaintiff's Verified Complaint in excess of the page

limits for dispositive motions set forth in the Court's Local Rules. The motion should

be no more than 40 pages in length, exclusive of caption, signature, certificate

of service, and any table of contents and/or table of authorities.

**So ORDERED and SIGNED this 29th day of July, 2020.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE