UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NATHANIEL HIERS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-321-SDJ |
| | § | |
| THE BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF NORTH TEXAS | § | |
| SYSTEM, ET AL. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT AND EXTEND THE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

On this day, the Court considered Plaintiff's Unopposed Motion to Exceed Page Limit and Extend the Time to Respond to Defendants' Motion to Dismiss. (Dkt. #40). The Court hereby **GRANTS** Plaintiff's Motion and authorizes Plaintiff a ten-page extension on the thirty-page limit for responses to dispositive motions and allows Plaintiff to file his response by **August 27, 2020**.

**So ORDERED and SIGNED this 6th day of August, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE