UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NATHANIEL HIERS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-321-SDJ |
| | § | |
| THE BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF NORTH TEXAS | § | |
| SYSTEM, ET AL. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Stay Discovery Deadlines. (Dkt. #45). Having reviewed the motion, and for good cause shown, the Court **GRANTS** the motion.

It is, therefore, **ORDERED** that all discovery deadlines identified in the Court's Order Governing Proceedings, (Dkt. #42), shall be stayed pending the ruling on Defendants' Motion to Dismiss, (Dkt. #39).

**So ORDERED and SIGNED this 1st day of September, 2020.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE