

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

---

| | |
|---|---|
| **TODD DICKERSON** | PHONE:  (512) 475-4082 |
| Assistant Attorney General | FAX:  (512) 320-0667 |
| General Litigation Division | EMAIL: Todd.Dickerson@oag.texas.gov |

April 23, 2021

*Via ECF*

The Honorable Judge Sean Jordan
Paul Brown United States Courthouse
101 East Pecan Street Room 216
Sherman, Texas 75090

    Re:    *Nathaniel Hiers v. The Board of Regents of the University of North Texas System, et al., Case No. 4:20-cv-321-SDJ (E.D. Tex.)*

Dear Judge Jordan:

    Please be advised that the undersigned counsel for Defendants will be on FMLA leave from on or around April 23, 2021 through on or around June 8, 2021. I respectfully request that no hearings, conferences, trial, other court appearances, or deadlines be scheduled during this period. I would also request that no discovery be propounded during this period.

    Thank you for your courtesy and consideration in this matter.

    Sincerely,

    */s/ Todd Dickerson*
    Todd Dickerson
    Assistant Attorney General
    General Litigation Division

**CC:** *Via Email and ECF*

Michael R. Ross
Tyson C. Langhofer
ALLIANCE DEFENDING FREEDOM
20116 Ashbrook Place, Suite 250
Ashburn, VA 20147
tlanghofer@ADFlegal.org
mross@ADFlegal.org
tbrandon@whitakerchalk.com
dcortman@ADFlegal.org