IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NATHANIEL HIERS, <br><br> *Plaintiff,* <br><br> v. <br><br> THE BOARD OF REGENTS OF THE UNIVERSITY OF NORTH TEXAS SYSTEM, et al., <br><br> *Defendants.* | Civil Case No. 4:20-cv-00321-SDJ |

### PLAINTIFF'S MOTION FOR STATUS

Plaintiff respectfully moves this Court for an update on the status of its deliberations for ruling on Defendants' motion to dismiss. Plaintiff filed his complaint April 16, 2020. Defendants' motion to dismiss (filed July 30, 2020) has been fully briefed since September 15, 2020. Plaintiff is eager to prosecute this case, but all proceedings are stayed pending this Court's ruling on the motion to dismiss.

Respectfully submitted on the 25th day of January, 2022.

*/s/ Michael R. Ross*

| | |
|---|---|
| MICHAEL R. ROSS* <br> TYSON C. LANGHOFER* <br> DAVID A. CORTMAN <br> ALLIANCE DEFENDING FREEDOM <br> 20116 Ashbrook Place, Suite 250 <br> Ashburn, VA 20147 <br> Telephone:  (480) 444–0020 <br> Facsimile:  (202) 347–3622 <br> mross@ADFlegal.org <br> tlanghofer@ADFlegal.org <br> dcortman@ADFlegal.org | THOMAS S. BRANDON, JR. <br> TEXAS BAR NO. 02881400 <br> WHITAKER CHALK SWINDLE & SCHWARTZ, PLLC <br> 301 Commerce Street, Suite 3500 <br> Fort Worth, TX 76102 <br> Telephone:  (817) 878-0532 <br> Facsimile:  (817) 878-0501 <br> tbrandon@whitakerchalk.com |

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Nathaniel Hiers*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this foregoing document has been served on Defendants by electronic notification through the ECF system of the United States District Court for the Eastern District of Texas, Sherman Division, on January 25, 2022.

*/s/ Michael R. Ross*
Michael R. Ross

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Defendants' Counsel via email on this motion. Defendants' counsel stated that Defendants are unopposed to the relief sought in this motion.

*/s Michael R. Ross*
Michael R. Ross