UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NATHANIEL HIERS | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-321-SDJ |
| | § | |
| THE BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF NORTH TEXAS | § | |
| SYSTEM, ET AL. | § | |

## ORDER

The Court previously issued orders staying all deadlines and hearings scheduled in this matter pending the Court's ruling on Defendants' Motion to Dismiss, (Dkt. #39), or until further order of the Court. (Dkt. #47, #50). The Court has ruled on that motion. (Dkt. #55).

It is therefore **ORDERED** that the stay on all deadlines and hearings scheduled in this matter is **LIFTED**. The Court will reset the deadlines in this case by separate order.

**So ORDERED and SIGNED this 17th day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE