UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NATHANIEL HIERS | § |
| | § |
| v. | § CIVIL NO. 4:20-CV-321-SDJ |
| | § |
| THE BOARD OF REGENTS OF THE | § |
| UNIVERSITY OF NORTH TEXAS | § |
| SYSTEM, ET AL. | § |

# ORDER

Before the Court is Defendants' Unopposed Motion to Extend Time To File a Responsive Pleading. (Dkt. #60). Having considered the motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that Defendants' deadline to file an answer to Plaintiff's complaint is extended to **April 22, 2022**.

**So ORDERED and SIGNED this 24th day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE