IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NATHANIEL HIERS § § *Plaintiff,* § § v. § § The Board of Regents of the University § of North Texas System—CHAIR § LAURA WRIGHT, et al. § § *Defendants.* § | No. 4:20-cv-00321-SDJ |

**AGREED MOTION TO STAY**

The Parties ask the Court to stay all deadlines set forth in the Court's Scheduling Order entered May 26, 2022 (ECF 64). The parties are very close to settling this matter and are in the process of finalizing the details of this agreement. This settlement, once consummated, would fully dispose of this matter. The parties seek to avoid the costs and burdens of discovery as settlement appears to be imminent.

We thank the Court for its time and attention to this matter.

1

Date: June 10, 2022                               Respectfully submitted,

*/s/ Michael R. Ross*                             */s/ Todd Dickerson*

MICHAEL R. ROSS*                                  Todd A. Dickerson
TYSON C. LANGHOFER*                               Attorney-in-charge
ALLIANCE DEFENDING FREEDOM                        Texas Bar No. 24118368
44180 Riverside Parkway                           Office of the Attorney General
Lansdowne, VA 20176                               P.O. Box 12548, Capitol Station
Telephone: (571) 707-4655                         Austin, Texas 78711-2548
Facsimile: (571) 707-4790                         (512) 463-2120 | Fax: (512) 320-0667
mross@ADFlegal.org                                Todd.Dickerson@oag.texas.gov
tlanghofer@ADFlegal.org

GREGGORY R. WALTERS**
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
gwalters@adflegal.org

DAVID A. CORTMAN
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
dcortman@ADFlegal.org

THOMAS S. BRANDON, JR.
TEXAS BAR NO. 02881400
WHITAKER CHALK SWINDLE &
SCHWARTZ, PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
Telephone:   (817) 878-0532
Facsimile:   (817) 878-0501
tbrandon@whitakerchalk.com

*Admitted Pro Hac Vice*

** *Pro hac vice application pending*

*Attorneys for Plaintiff Nathaniel Hiers*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by ECF, on June 10, 2022 to all counsel of record:

*/s/ Todd Dickerson*
TODD A. DICKERSON
Assistant Attorney General