UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NATHANIEL HIERS | § |
| | § |
| v. | § CIVIL NO. 4:20-CV-321-SDJ |
| | § |
| THE BOARD OF REGENTS OF THE | § |
| UNIVERSITY OF NORTH TEXAS | § |
| SYSTEM, ET AL. | § |

## ORDER

Before the Court is the parties' Agreed Motion to Stay. (Dkt. #65). Having considered the motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that all deadlines scheduled in this matter are **STAYED** pending further order of the Court.

It is further **ORDERED** that, on or before **August 12, 2022**, the parties shall file with the Court either (1) all papers necessary for the dismissal of all claims between them and for the closing of this civil action or (2) a joint report on the status of the proposed settlement.

So ORDERED and SIGNED this 13th day of June, 2022.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE