**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **NATHANIEL HIERS**, *Plaintiff*, v. **THE BOARD OF REGENTS OF THE UNIVERSITY OF NORTH TEXAS SYSTEM**, et al., *Defendants*. | Civil Case No. 4:20-cv-00321-SDJ |

**JOINT STATUS REPORT**

Pursuant to this Court's order of June 13, 2022, the parties report that they have reached a settlement agreement and are in the process of obtaining all required signatures. Defendants have 21 days from execution of the agreement to make payments to Plaintiff or Plaintiff's counsel under the agreement. Upon satisfaction of that condition, Plaintiff will promptly dismiss all claims with prejudice.

Respectfully submitted this 10th day of August, 2022.

| */s/ Greggory R. Walters* | */s/ Todd Dickerson* |
|---|---|
| Greggory R. Walters | Todd Dickerson |
| Arizona Bar No. 36590 | Assistant Attorney General |
| Alliance Defending Freedom | Texas Bar No. 24118368 |
| 15100 N. 90th Street | General Litigation Division |
| Scottsdale AZ 85260 | P.O. Box 12548, Capitol Station |
| Tel: (480) 444-0020 | Austin, Texas 78711-2548 |
| Fax: (480) 444-0028 | Tel: (512) 463 2120 |
| gwalters@ADFlegal.org | Fax: (512) 320-0667 |
| | Todd.Dickerson@oag.texas.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| *\*Admitted pro hac vice* | |

**CERTIFICATE OF SERVICE**

I certify that on August 10, 2022, I filed the foregoing using the CM/ECF system, which will cause notice of the foregoing to be served on all counsel of record

/s/*Greggory R. Walters*
Greggory R. Walters