UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NATHANIEL HIERS | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-321-SDJ |
| | § | |
| THE BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF NORTH TEXAS | § | |
| SYSTEM, ET AL. | § | |

## ORDER

On August 10, 2022, the parties filed a Joint Status Report informing the Court that they have reached a settlement agreement and are in the process of obtaining all required signatures. (Dkt. #67).

It is therefore **ORDERED** that, on or before **September 9, 2022**, the parties shall file with the Court either (1) all papers necessary for the dismissal of all claims between them and for the closing of this civil action or (2) a further joint report on the status of the settlement.

It is further **ORDERED** that all deadlines scheduled in this matter will remain **STAYED** pending further order of the Court.

**So ORDERED and SIGNED this 11th day of August, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE