IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NATHANIEL HIERS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:20-cv-00321-SDJ |
| THE BOARD OF REGENTS OF THE UNIVERSITY OF NORTH TEXAS SYSTEM, *et al.*, | § § § | |
| | § | |
| *Defendants.* | § | |

## JOINT STATUS REPORT

The parties submit this joint status report to the Court pursuant to the Court's August 11, 2022 Order (Dkt. 68).

The parties have fully executed a settlement agreement that will effectively dispose of this case. Defendants' settlement payment is due within the next few weeks. The parties expect to be able to dismiss this suit soon after.

Respectfully submitted this 9th day of September, 2022.

| | |
|---|---|
| */s/ Gregory R. Walters* | */s/ Todd Dickerson* |
| MICHAEL R. ROSS* | Todd A. Dickerson |
| TYSON C. LANGHOFER* | Attorney-in-charge |
| ALLIANCE DEFENDING FREEDOM | Texas Bar No. 24118368 |
| 44180 Riverside Parkway | Office of the Attorney General |
| Lansdowne, VA 20176 | P.O. Box 12548, Capitol Station |
| Telephone: (571) 707-4655 | Austin, Texas 78711-2548 |
| Facsimile: (571) 707-4790 | (512) 463-2120 \| Fax: (512) 320-0667 |
| mross@ADFlegal.org | Todd.Dickerson@oag.texas.gov |
| tlanghofer@ADFlegal.org | |

GREGGORY R. WALTERS**
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
gwalters@adflegal.org

DAVID A. CORTMAN
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
dcortman@ADFlegal.org

THOMAS S. BRANDON, JR.
TEXAS BAR NO. 02881400
WHITAKER CHALK SWINDLE &
SCHWARTZ, PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
Telephone: (817) 878-0532
Facsimile: (817) 878-0501
tbrandon@whitakerchalk.com

*Admitted Pro Hac Vice*

** *Pro hac vice application pending*

*Attorneys for Plaintiff Nathaniel Hiers*