UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NATHANIEL HIERS | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-321-SDJ |
| | § | |
| THE BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF NORTH TEXAS | § | |
| SYSTEM, ET AL. | § | |

## ORDER

On September 9, 2022, the parties filed a Joint Status Report informing the Court that they have fully executed a settlement agreement, that Defendants' settlement payment is due "within the next few weeks," and that the parties expect to be able to dismiss this case shortly after the payment is made. (Dkt. #69).

It is therefore **ORDERED** that, on or before **October 12, 2022**, the parties shall file with the Court either (1) all papers necessary for the dismissal of all claims between them and for the closing of this civil action or (2) a further joint report on the status of the settlement.

It is further **ORDERED** that all deadlines scheduled in this matter will remain **STAYED** pending further order of the Court.

**So ORDERED and SIGNED this 12th day of September, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE