IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **NATHANIEL HIERS**, <br><br> *Plaintiff,* <br><br> v. <br><br> **THE BOARD OF REGENTS OF THE UNIVERSITY OF NORTH TEXAS SYSTEM**, *et al.*, <br><br> *Defendants.* | Civil Case No. 4:20-cv-00321-SDJ |

**JOINT STIPULATION OF DISMISSAL**

Through Fed. R. Civ. P. 41(a)(1)(A)(ii) and a settlement agreement reached by the parties, Plaintiff jointly stipulates with Defendants that all claims brought in Plaintiff's Complaint are voluntarily dismissed with prejudice.

Respectfully submitted this day, September 22, 2022.

*/s/ Michael R. Ross*
MICHAEL R. ROSS*
TYSON C. LANGHOFER*
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
mross@ADFlegal.org
tlanghofer@ADFlegal.org

GREGGORY R. WALTERS*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
gwalters@adflegal.org

*/s/ Todd Dickerson*
Todd A. Dickerson
Attorney-in-charge
Texas Bar No. 24118368
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | Fax: (512) 320-0667
Todd.Dickerson@oag.texas.gov

David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
dcortman@ADFlegal.org

Thomas S. Brandon, Jr.
Texas Bar No. 02881400
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
Telephone:  (817) 878-0532
Facsimile:  (817) 878-0501
tbrandon@whitakerchalk.com

*Admitted Pro Hac Vice

Attorneys for Plaintiff Nathaniel Hiers

2